# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GRICELDA GAMBOA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 2:13-cv-00598-JCM-PAL <br><br> **ORDER** <br><br> (Sub'n of Counsel - Dkt. #34) |

This matter is before the court on the Substitution of Attorneys (Dkt. #34) filed June 7, 2013. Justin E. Pingel seeks leave to be substituted in the place of Deborah Yim as counsel for Defendant United States of America. LR IA 10-6 provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Plaintiff's Complaint (Dkt. #1) was filed on November 26, 2012, in the United States District Court for the Central District of California. This case was transferred to this district on April 5, 2013. *See* Order Transferring Venue (Dkt. #23). The parties filed a proposed Discovery Plan and Scheduling Order (Dkt. #33) on June 7, 2013.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED**:

1. The Substitution of Counsel (Dkt. #34) is GRANTED.

/ / /

/ / /

/ / /

2. Justin E. Pingel is substituted in the place of Deborah Yim as counsel for Defendant United States of America, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 19th day of June, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE