1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GRICELDA GAMBOA, et al.,

        Plaintiff(s),

v.

U.S.A. CYCLING, INC., et al.,

        Defendant(s).

2:13-CV-598 JCM (PAL)

**ORDER**

    Presently before the court is s motion for leave to file third-party complaint by defendants U.S.A. Cycling, Inc., USA Cycling Development Foundation, Michael L. Olsen, and MLO Enterprises, LLC.  (Doc. #37). Plaintiffs did not file an opposition.

    The defendants seek to file a third-party complaint which will assert claims for indemnity and contribution against "Ronald Miller." (Doc. #37).

    Pursuant to Federal Rule of Civil Procedure 14(a)(1), a defending party may serve a summons and complaint on a non-party who is or may be liable to it for all or part of the claim against it.  FED. R. CIV. P. 14(a)(1).  However, "the third-party plaintiff must, by motion, obtain the court's leave if it files the third-party complaint more than 14 days after serving its original answer." *Id.*  The purpose of this rule is "to promote judicial efficiency by eliminating the necessity for the defendant to bring a separate action against a third individual who may be secondarily or derivatively liable to the defendant for all or part of the plaintiff's original claim." *Southwest Administrators, Inc. v. Rozay's Transfer*, 791 F.2d 769, 777 (9th Cir. 1986).  The decision whether to implead a

**James C. Mahan**
**U.S. District Judge**

1    third-party defendant is at the sound discretion of the trial court. *Id.*

2         Good cause appearing, and there being no opposition,

3         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion for

4    leave to file third-party complaint (doc. #37) be, and the same hereby is, GRANTED.  Defendant

5    shall file the proposed third-party complaint within 14 days of entry of this order.

6         DATED September 10, 2013.

7

8    _____
     **UNITED STATES DISTRICT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -